UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

               v.                                       **Order of Continuance**

WILLIAM McFARLAND,                          17 Mag. 4988

                    *Defendant.*
------------------------------------------------------------X

      Upon the application of the United States of America and the affirmation of Kristy Greenberg, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with wire fraud in violation of Title 18, United States Code, Sections 1343 and 2, in a complaint dated June 30, 2017, and was arrested on June 30, 2017;

      It is further found that the defendant was presented before Magistrate Judge Kevin Nathaniel Fox on July 1, 2017, and was ordered to be released on bail;

      It is further found that on September 27, 2017, Randall Jackson, Esq., counsel for defendant, and Assistant United States Attorney Kristy Greenberg signed and submitted to the magistrate court a Notice of Intent to File an Information;

      It is further found that the Government has requested a continuance of 7 days to afford sufficient time for a district court judge to be assigned and a court appearance to be scheduled so that the defendant can be advised of the nature of the charges and his rights so that he may waive, in open court, prosecution by indictment and consent to proceeding by information instead of indictment;

      and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 7 days; and

USDC SDNY
DOCUMENT
ELECTRONICALLY [FILED]

SEP 27 2017

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. §3161(h)(7)(A) is hereby granted until October 6, 2017, and that a copy of this Order and the affirmation of Assistant United States Attorney Kristy Greenberg be served by mail on this date on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
       Sept 27, 2017

_____
UNITED STATES MAGISTRATE JUDGE